UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED

05 APR -1 PM 6: 05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS
Deputy-in-Charge

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

# NOTICE OF SETTING
### Before Judge Samuel H. Mays, Jr., United States District Judge

April 1, 2005

RE:   2:04cr20325-01-Ma
      *USA v. CHERYL BANKS*

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** has been **SET** before **Judge Samuel H. Mays, Jr.** on **TUESDAY, APRIL 5, 2005** at **9:15 A.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: *[signature]*
Jean Lee, Case Manager
901-495-1239

(33)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CR-20325 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Doris Holt-Randle
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT