IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 4: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20325-Ma

CHERYL BANKS,

    Defendant.

---

ORDER GRANTING MOTION TO RESET SENTENCING

---

Before the court is defendant's June 29, 2005, motion to continue the sentencing hearing which is presently set on July 5, 2005. For good cause shown, the motion is granted. The sentencing is **reset** to **Friday, July 29, 2005, at 4:00 p.m.**

It is so ORDERED this __11K__ day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __7- 12 -05__

37

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20325 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT