IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 29 PM 4: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                NO.   04-20325-Ma

CHERYL BANKS,

    Defendant.

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

On July 29, 2005, defendant appeared before this court for sentencing on a criminal information in case number 05-20116. After defendant was sentenced, the government made an oral motion to dismiss the indictment in case number 04-20325. For good cause shown, the motion is granted and Indictment Number 04-20325 is hereby dismissed.

So ORDERED this 29th day of September, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___10-4-05___

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20325 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT