UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -7 PM 3: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case Number 04-20325-Ma

CHERYL BANKS,

        Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Indictment returned against Cheryl Banks is dismissed in accordance with the Order Granting Motion to Dismiss Indictment, docketed October 4, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 6, 2005
_____
(DATE)

THOMAS M. GOULD
_____
CLERK

_____
(by) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __10-11-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20325 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT